# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| Nathan R. Garber, | ) | |
| | ) | |
| Defendant. | ) | Case No. 1:14-cr-114 |

On June 16, 2014, The Government filed an Information and supporting affidavit. It also filed a plea agreement that has been executed by the parties.

In light of the fact that a plea agreement has been executed and filed, the court concludes there is probable cause to believe that the offenses charged in the Information were committed by defendant. Accordingly, court authorizes the Clerk's office to issue a summons for defendant.

**IT IS SO ORDERED.**

Dated this 3rd day of July, 2014.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge